# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 11, 2008

135545 & (12)(13)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DOUGLAS EUGENE CAMP,
      Defendant-Appellant.

SC: 135545
COA: 281083
Lenawee CC: 07-012858-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 16, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion for stay pending appeal is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 11, 2008

_____
Clerk

t0108